**STATE of Missouri, ex rel., ST. CHARLES COUNTY COUNSELOR, Relator/Appellant,**

v.

**CITY OF COTTLEVILLE, Missouri, et al., Respondents.**

**No. ED 79140.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 18, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 2001.

Application for Transfer Denied
Dec. 18, 2001.

Lisa Leslie, St. Charles, MO, for appellant.

Charles W. Niedner, St. Charles, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

### ORDER

PER CURIAM.

Relator, St. Charles County Counselor, appeals from the judgment dismissing its petition in quo warranto brought against respondents, the City of Cottleville, its mayor and members of the Board of Aldermen. No error of law appears and an opinion would have no precedential value. We have, however, provided the parties with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed.[1] Rule 84.16(b).

---

1. Respondents' motion for sanctions and fees for frivolous appeal is denied.